**Lauren Greene**

1009 14th Street NW
Washington, DC 20001

-against-

**State of Georgia**

**Including, but not limited to**

1. <u>Amy and Peter Dosik</u>
   1145 Zonolite Rd Suite 1 Atlanta, GA 30306
2. <u>Carl and Debra Sykes</u>
   4810 Berkeley Walk Pt. Duluth, GA 30096
3. <u>Probate Court of Gwinnett County, Georgia</u>
   75 Langley Drive Gwinnett County, GA 30046
4. <u>Magistrate Court of Gwinnett County, Georgia</u>
   2900 University Pkwy Gwinnett, GA 30043
5. <u>State Court of Gwinnett County, Georgia</u>
   75 Langley Drive Gwinnett, GA 30096
   <u>Including (a)Judge Keith Miles, (b)Judge Debra Turner,(c) Judge Emily Beyers, (d)Judge Carla Brown</u>
   75 Langley Drive Gwinnett GA 30096
6. <u>DeKalb County Probate Court under Judge Janet Grayson</u>
   1100 Judicial Tower 556 N. McDonaugh St. Decatur, GA 30030
7. <u>Gwinnett County Police</u>
   770 Hilltope Rd. Gwinnett County, GA 30043
8. <u>DeKalb County Police</u>
   4453 Ashford Dunwoody Rd Atlanta, GA 30346
9. <u>Atlanta Police</u>
   226 Peachtree St. SW Atlanta, GA 30303
10. <u>Gwinnett County Sheriff</u>
    2900 University Pkwy Gwinnett, GA 30043

Case: 1:16-cv-00409 Jury Demand
Assigned To : Unassigned
Assign. Date : 2/29/2016
Description: Pro Se Gen. Civil (F Deck)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ X Yes  ☐ No
*(check one)*

**RECEIVED**

FEB 16 2016

Clerk, U.S. District and
Bankruptcy Courts

11. Clayton County Sheriff
    9157 Tara Blvd Jonesboro, GA 30236
12. District Attorney of Gwinnett County
    75 Langley Drive Gwinnett County, GA 30046
13. Lister and Holt Law Offices
    102 1/2 South Main St. Jonesboro, GA 30236
14. Georgia Regional State Hospital, Delquis
    Mendoza, M.D., Mark Cochran et.al.
    3073 Panthersville Rd. Decatur, GA 30034
15. Piedmont Hospital
    1968 Peachtree St. NW Atlanta, GA 30309
16. Emory University Campus Hospital
    1364 Clifton Rd. Atlanta, GA 30322
17. Peachford Hospital
    2151 Peachford Rd. Atlanta, GA 30338
18. Gwinnett County Medical Center
    1000 Medical Center Blvd. Lawrenceville, GA 30046
19. East Side Emory Hospital
    1700 Medical Way Snellville, GA 30078
20. Northside Hospital including Doctor Gary
    L. Smith M.D.
    1000 Johnson Ferry Rd NE Atlanta, GA 30342
21. Summit Ridge Hospital
    250 Scenic Highway S. Lawrenceville, GA 30046
22. Ridgeview Hospital
    3995 S. Cobb Drive Smyrna, GA 30060
23. Lakeview Hospital including ~~Jeffrey H.~~
    ~~Klepper, M.D.~~
    1 Technology Drive S, Norcross, GA 30092
24. Riverwoods Hospital including Donald
    Lunceford, M.D.
    223 Medical Ctr Drive Riverdale, GA 30274
25. Emory Women's Mental Health Program,
    including Doctor Sarah Juul
    36 Eagle Row #270 Atlanta, GA 30322
26. Juvenile Court System of Gwinnett
    County, Georgia
    115 Stone Mountain St. Lawrenceville, GA 30046
27. Corizon
    2900 University Pkwy Lawrenceville, GA 30043
28. Attorneys (a)Scott Drake, (b)Larry
    Tatum, (c)Stacy Levy,(d) John Burdgess,
    (e)Dale Wren, (f)Debra Fluker, (g)Gina
    Grady, (h)Michelle Reese Jordan,
    (i)Elaine Neitmann, (j)Pattie Williams,
    (k)Arie Mate', (l)Allyson Lembeck,

> (m)Mary Leonard Ritter, (n)Michael Di
> Orio Georgia Bar Association
> ~~💰~~ 104 Marietta St. NW Suite 100
> Atlanta, Georgia 30303
> 29. Professional Probation Services
> 225 Scenic Highway S. Lawrenceville GA 30046
> 30. Juvenile Court of Gwinnett County Judge
> Robert Waller
> 115 Stone Mountain ~~Street~~ Lawrenceville, GA
> 31. Delta Airlines 30046
> 1030 Delta Blvd Atlanta, Georgia

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lauren Greene |
| Street Address | 1009 11th Street |
| City and County | Washington, |
| State and Zip Code | DC 10002 |
| Telephone Number | 857-285-8976 |
| E-mail Address | greencityteacher@icloud.com |

### B

| | |
|---|---|
| Job or Title | Educator and Journalist |

## II. Basis for Jurisdiction

Diversity of Citizenship.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

The plaintiff, Lauren Greene, is a citizen of the District of Columbia

3

**B.** **The Defendant(s)**

    1.    The defendants are citizens of the State of Georgia.

## III. Statement of Claim

Title 18, U.S.C., Section 241 Conspiracy and Collusion, Title 42, U.S.C., Section 14141 False Arrest, Discriminatory Harrassment, and Excessive Force, D.C. Code section 12-301 Medical Malpractice and Medical Abuse, Code of the District of Columbia § 31–2231.05. Defamation, Challenge to 28 U.S. Code § 1738A, 118 STAT. 568, attempted abortion on the part of Georgia Regional State Hospital and Carl and Debra Sykes, 18 U.S.C. §§ 3161-74 Denial of 6th Amendment right to adequate legal representation.

1. Georgia licensed Attorney Amy Dosik sent threatening harassing text messages in transparent intent to conspire with San Francisco Police to set up a situation, in which I would lose my expectant son. Peter Dosik unlawfully subsumed the role of the father of my son in an unlawfully conducted religious ceremony soon after the birth of my son. I signed a legal agreement that my son could be circumcised in a medical facility with no religious involvement, and it took place in a synagogue with rabbis. There is a photograph of Peter Dosik over my son during the ceremony. He is not my son's father. He never had my consent to take that role.
2. Carl and Debra Sykes have made continuous false and perjured testimony against me to propagate maliciously false complaints, defamation, that have caused serious harm to my reputation and career. It has caused what may be temporary distress in the relationship between my son, personal injury. Their actions have also caused loss of property and physical injury.
3. Probate Court has a constitutionally ethically questionable policy that involves force psychiatric commitment process. I had been evaluated in two separate Georgia Emergency Rooms on October 23rd and 24, 2013. On December 25, 2013 Carl and Debra filed an affidavit against me within this court that to this date, I do not have access to, which caused forced dangerous and harmful repeated psychiatric treatment, causing injury to self and son.
4. Magistrate Court of Gwinnett County Georgia has repeatedly denied my constitutional guaranteed first Amendment, right to free speech, to defend myself against false allegations in court.
5. State Court of Gwinnett County Georgia has continuously caused a breach in due process, mistitled court cases, to extend allegation from individual entity to the entire state as a plaintiff in conspiracy to cause damage to family and self.
   (a) Judge Keith Miles- sentenced me to the maximum penalty on a "First Offenders Program" during an Arraignment Proceeding where I expressed no actual guilt to crimes and the urgent need to be released to my son to address his medical needs. He placed me in a three year probation program under a false conviction of Stalking [my

parents] and a statutory inconsistent conviction of Disorderly Conduct in the "plea bargain" courtroom my parents attended when they expressed they were going to have me live with them and we would be caring for my son as a cooperative family. I soon after was charged with probation violation, living with my parents in distress, serving probation for stalking them whilst living with them. The sentencing caused more damage to the relationship amongst family members when we were attempting to repair our relationships. It caused unnecessary interference and privacy violations from Professional Probation Services and the Department of Family and Children's Services. During the month and a half released from jail, the Juvenile Court of Gwinnett County was uncooperative to schedule mediation in a timely manner.

(b) Judge Debra Turner-_False imprisonment. Physical Damages. Mistitling of criminal lawsuit/false charge of Felony Stalking my parents Carl and Debra Sykes and Terroristic Threats from Sykes v. Sykes AKA Greene to State vs. Sykes AKA Greene. Caused damage to reputation, profession, interpersonal relationships (personal injury). Canceled Probation early however did not reverse conviction/expunge conviction, causing damage to profession and personal injury to family members including self. Sentenced me to a rendition of cruel and unusual punishment, inflicting bodily harm against me. Judicial misconduct. I have asked for various FBI Investigations into her involvement in the April 11, 2015 six -deputy attack against me, after filing the Amended Habeas Corpus against the State of Georgia, file number *14-A-10752-2*. She continues to deny me due process and sent a psychologist to deem me incompetent after I questioned her directly about the extreme attack against me directly in court Fall 2015.

(c)Judge Emily Beyers-_Made a ruling/judgment about legitimation and Custody/Visitation without conducting a hearing. Breach of Due Process, 5th and 14th Amendments. 

(d)Judge Carla Brown-_Violated my 5th Amendment Right and 5th and 14th Amendment Due Process Clauses_by invading my privacy and subjecting me to cruel and unusual pre-punishment in the evaluation process for mental competency to stand jury trial. Has consistently violated my 6th Amendment Right to fair and diligent fact-finding and representation by attorneys, when court-appointed attorney Elaine Neitmann provided contrary representation, she has refused my motion for her replacement. Carl Sykes expressed that he does not want to persist in charging me with Criminal Trespass in private family civil matter, and she has persisted the charge, under a title State vs. Lauren Sykes AKA Greene, causing damage to reputation and safety issues in the state, damage to reputation, livelihood. She is the wife of the Gwinnett County Sheriff Conway. When I have complained about the excessive force

in the jail, she has me suppressed forcibly with deputies. She has ordered force of deputies in court when I speak for my maternal rights in opposition to Carl Sykes.

6. DeKalb County Probate Court under Judge Janet Grayson, sentenced me to a 6 month rendition of cruel and unusual punishment under false psychiatric charges, aware that I was being abused/mistreated during pregnancy in Georgia Regional Psychiatric State Hospital during my pregnancy, causing harm to self and fetus. Occurred December 13, 2013. Expressed she was institutionalizing me due to my financial situation; denying me appropriate aid, breach of federal and state policies involving standards for psychiatric commitment. There was not cause for hospitalization.

7. Gwinnett County Police-Collusion and Conspiracy. Entered my father Carl Sykes's home aware that my son was developmentally delayed under their custodianship and caused personal injury amongst family members, by applying advisement of Protection Orders and No Trespass Orders as a remedy. They had other more family-friendly remedies available to them. Refused Carl Sykes the right to drop the first No Trespass Order while I was living with him, completing pregnancy in the same home. I was arrested for stalking parents, kicked out of home immediately after giving birth to son. Recurring, including September 19-20, 2015.

8. DeKalb County Police- Falsely investigated reports of staff misconduct in the Women's Central Unit of Georgia Regional Psychiatric Hospital December 6, 2013. Tacitly allowed continued abuse of patients.

9. Atlanta Police- attacked and mishandled repeated distress situations, November 2013, July 26, 2015.

10. Gwinnett County Sheriff- Cruel and Unusual Punishment. Worst incident occurred April 11, 2015 when six deputies forced off my prisoner's uniform injecting needles all over my body and taking blood, causing a lymphatic breakdown and Staph Infection/cellulitis. Infection prognosis is that it does not have a known cure and it is infectious/transferable. Continuous beatings.

11. Clayton County Sheriff- Cruel and Unusual punishment. Sexual harassment, bodily harm by beatings, unnecessary violation of personal privacy. Detention July-August 2015. Human Rights violations. Denied access to legal education, fresh air, and sunlight.

12. District Attorney Michael Di Orio 14th Amendment breach of due process. Falsely apprised me of right to motion for withdraw of plea as a legal option to remedy the false conviction/unlawful plea bargain arrangement. Only apprised me of right to Habeas Corpus. Court colloquy reflects this from Plea Arrangement/Arraignment in court session October 16, 2014.

13. Lister and Holt Law Offices, acting as Public defender on misdemeanor charges in Clayton County after arrest by Atlanta Police. Jurisdictional question. They have never once served me the charges in writing, or any other legal documents, involving orders in case which began July 26, 2015. I requested a speedy trial and they refused to file for it. Attorneys filed a motion for competency evaluation by request of Judge Macon, which breaches the role of defense of client, under the 6th Amendment. If any entity would be appropriate in the matter, it would be the District Attorney in Role of Adversary.

14. Georgia Regional State Hospital under Delquis Mendoza, M.D. and Psychologist Mark Cochran PHD. Refused me holistic, safe, psychological therapy, which I expressed I was willing to participate in, given the fact that psychiatric medication is dangerous to self

and to fetus. I was pregnant. Dr. Mendoza disclosed the grade-C danger of Haldol, expressing that they consider that safe, in comparison with other cruel and unusual practices of the hospital. Complied with order of physical attack, bodily harm. The hospital was unsanitary. It deprives patients of human needs to light and fresh air. Denied me quality food that family members wanted to bring into hospital, unless I submitted to take harmful medications and sign an agreement to be placed on Permanent Disability Insurance, which was the only means that the hospital could be paid. The hospital is such a safety threat that Pregnant Women's Medicaid refuses to compensate it. That was my insurance at the time. Hospital committed insurance fraud. The hospital intentionally disables patients, causing need for rehabilitative services in the future, which they do not receive. It commits unsound and unsafe inhumane treatment. My educator's textbooks were stolen by staff members, without compensation. Dr. Mendoza made false accusations against me in Probate Court/Mental Health Court about my threat of danger/violence. I had no record of violence, before the traumatic abuse I experienced there. Staff were inciting violence against family members. Caused physical damages and damages to reputation. Caused that my son would not be born as optimal as his potential by their abusive treatment. Son has had a developmental delay, not walking until 19 months, seven months behind normal benchmark. Delay in speech development. Staff made me aware they were violating my personal privacy, accessing years of psychiatric background before I had ever entered the state of Georgia. They committed Medicare Fraud, signing me up against my will for Medicare and SSD to pay the hospital bill. I filed a complaint against the hospitals multiple times with the state regulation/compliance board, and after a 90 day investigation, I received confirmation that my reports were indeed valid.

15. First entered Piedmonth Hospital concerned about relational issues between sister, mother, and father and stress effect on fetus. Had ultra sound and met with a social worker October 24, 2013. Was not psychiatrically committed. In November of 2013 an emergency room doctor psychiatrically committed me after an expressed order to do so from my father, Carl Sykes. There was no legitimate reason for doing so. They were doing what my father asked for political alliance after the first 1013 occurred October 25, 2013. Injected unnecessarily in physical restraints with Haldol. Caused physical damages.

16. Emory University Campus Hospital-1013 Psychiatric hospitalization without reason. Discussed it was due to poor insurance and not wanting to be involved in the family dispute. My sister, Amy Dosik is a member of Emory Law School Alumni Board. She misused her legal influence to cause injury to self and fetus. She had previously expressed her desire that I have an abortion. November 2013.

17. Peachford Hospital-Medical abuse. Dangerous injection of harmful medication, when I was not danger to self nor others. Medicated food. Unsanitary. Commitment under false premises. Exorbitant Medicare Fraud and copay charges affecting credit.

18. Gwinnett Medical Center-Continuous Medical malpractice. Worse of which is the mishandling of the labor and delivery process. Upheld a 1013 by Gwinnett Police April24, 2014. Refused to transfer me to Northside Hospital after they approved of a transfer. Instead after a safe 72 hour hold, medicated me with Geodon when I expressed I was within legal means to be released. They insisted I could not travel outside of state because I was expected to deliver immediately. On April 28th at 8 p.m. Obstetrician Doctor Paris transferred me to Lakeview Psychiatric Hospital. I complained that I was

7

undergoing contractions next morning, April 29th. Ambulance moved me to Gwinnett Medical Center noon on April 29th and was observed by a team of obstetricians who did not even identify themselves. They forced me to sign for the bill to be covered by Medicare then after acknowledging I was further dilated, ordered transfer by ambulance to Lakeview Psychiatric, where I immediately had a bloody show/water breaking, beginning extreme labor. Was locked in a room at Lakeview alone without medical assistance for more than five hours. A nurse entered one time and told me to take a shower because my blood smelled. I was transferred by ambulance and placed in a cramped small room in Gwinnett Medical Center a half-hour before actual delivery. When the crowning process began, I had to kick the door open and call for help so that I would receive assistance. Forty-five minutes after my son was born, Carl and Debra Sykes entered the labor and delivery room. I complained quite naturally sane, and honestly about how the entire 1013 process and medical malpractice during the labor was unlawful and was met with retaliation on the part of the hospital by taking my newborn out of the room, giving him to Debra Sykes, and placing me in restraints on a bed. It was a deliberate attempt to destroy the bond between mother and son, and protect the hospital politically against a lawsuit. I was transferred to Riverwoods Psychiatric Hospital a day later under false premises of psychiatric disorder, disabling me from breastfeeding my son due to medical malpractice of forced medication.

19. Eastside Emory Hospital-was the first hospital to admit me as a 1013. Placed me in unnecessary seclusion, did not grant me access to the allegations in the 1013 affadavit, injected me, and transferred me to Georgia Regional Psychiatric Hospital due to the cause that I did not have insurance at the time.

20. Northside Hospital including Doctor Gary Smith Obstetrician. Doctor refused to do any medical tests including an ultrasound due to insurance coverage of Medicare when I expressed need to keep view of how pregnancy was progressing, because the dangerous psychiatric treatment occurred. He did not disclose information regarding expected due date. On the day I attended the tour of the Labor and Delivery Unit of Northside I was verbally accosted by various hospital staff, one such staff member screaming, "do you think this is really free?" In September of 2015, after being grossly sedated with an unknown undisclosed drug and released by Gwinnett Medical Center on bond of own Recognaissance, was falsely 1013'd and medically abused under allegation that I was "paranoid" when what I said was I needed a detoxification remedy from the drugs I was forced intravenously at Gwinnett Medical Center. Transferred to Peachford against consent unnecessarily and drugged unnecessarily.

21. Summit Ridge- Twice released from hospital on intended recidivism plan of discharging physicians and social work staff. Doctor Pak verbally expressed he was releasing me without medication and then signed a discharge plan which included a medication prescription and unstable housing plan. The first discharge was to a Salvation Army in Rome, Georgia, two hours from where my son was residing. The transfer was by taxi when I did not even have my wallet and cell phone in my possession. Release dates June 3, 2015 and September 19, 2015.

22. Ridgeview Hospital-Refused to release me to attend court dates; causing a breach in due process and competency test orders, which to this date have breached due process. Mis-medicated me with Zyprexa for no medical reason. Unsanitary environment. Unstable

discharge plan. Doctor Jeffrey Klopper would arrive to hospital regularly at 10 p.m. Dr. Klopper sexually harassed me.

23. Lakeview Hospital (see record involving labor and delivery) I was transferred to Lakeview again in November 2015 by Gwinnett County Medical Center with direction of Carl Sykes to Gwinnett Police; restricted there unnecessarily, delaying my access to the court and causing a competency test evaluation, which the attending doctor was able to perform however refused to do. The doctor handling my psychiatric treatment is a Forensic Psychiatrist but he refused to conduct a competency for court evaluation then and there; causing delays in due process.

24. Donald Lunceford placed orders for forced sedation before ever evaluating me, when I was transferred by 1013 order from Gwinnett Medical Center after delivering my son. Doctor Lunceford sexually harassed me, he medicated me in very harmful way, with multiple sedating drugs. He insisted he would not release me unless I had ten consecutive nights of ten hours of sleep, which was unnatural and unnecessary for a new mom needed by her newborn, to take care of his needs. He deliberately tried to break a bond between newborn and mother. Riverwoods never provided family therapy and mediation, exacerbating the situation until my mother and father filed for Custody of my son, four days before I was released. It was unsanitary and an unnecessary hospitalization.

25. Emory Women's Mental Health Program including Director Sarah Juul. I was a patient October and November 2014 under Gwinnett County Probation scheme. She never assisted in an organized plan to transition myself and son out of the home of Carl and Debra Sykes so that we could be a family separate from the interpersonal abuses committed by Carl and Debra Sykes. Never assisted in granting aid so that we could transition away from the custody dispute over my son. She only consistently asserted each session that Gwinnett County was setting me up and has only planned on destroying the bond I have with my son, but that there is nothing I can do.

26. Juvenile Court System of Gwinnett County, has denied me service of the initial and subsequent orders granting custody of son to Carl and Debra Sykes under false premises of Psychiatric instability. Have consistently coordinated restraining orders, most recently Donald Lee advised Debra Sykes to file a Restraining Order OBO my twenty-one month son, which was dismissed on January 14, 2016 by Judge Gallant, due to the fact there is no actual family violence issue. The court has never acted in reason to deny my maternal rights ánd scheduled a hearing for visitation of my son in September of 2015 to take place on January 26, 2016, so that I could not spend the holidays with my son. Intentionally trying to cause distress to my son and I. Son has lost state provided health benefits under the custody arrangement. Legal negligence and malpractice.

27. Corizon –Medical malpractice. Involved in the order of deputy abuse on April 11, 2015. Filed false reports that I was suicidal at the time; cruel and unusual treatment. Defamation by filing a false 53 Status of Suicidal ideation. Invasion of privacy.

28. (a) Scott Drake was appointed by Debra Turner as my side-counsel after he refused to represent me when I paid for an initial consultation. He blocked me from calling him and the next day I was brutally attacked in Gwinnett County Detention Center. I was without a lawyer to protect my rights to safe conditions in the jail. (b)Larry Tatum refused to organize a mediation session while I was in Sheriff Custody so that by the point I would be released from jail, the custody dispute would be resolved. He scheduled the mediation session three months after the release from jail, causing a recidivism issue. He filed `

motions without consulting me in the custody case. He is a court-appointed attorney that represents clients in both criminal and family law. I asked him to represent me for both, and he refused anything but Family Law representation. (c) Stacy Levy organized an abusive recidivism scheme in the Plea Bargain arrangement October 16, 2014, as acting court-appointed counsel. She did not apprise me of legal recourse option to withdraw plea within 30 days of initial plea. She was aware I was not apprised of this option. (d) John Burdgess organized false testimony he extracted against me in Preliminary Trial. He refused to communicate with me during the trial and would not allow me to testify at the trial. (e) Dale Wren filed a competency test order against me, slowing the pace for due process, providing such inadequate legal access during a time-sensitive situation given the fact I had a child who was 1 month of age at time of false arrest. Denied me all fact-finding support in case. (f) Debra Fluker communicated with me minimally, that I did not believe we were prepared for Probation Violation case hearing March of 2015, and it was continued, while I remained unnecessarily in Sheriff Custody. (g) Gina Grady did not arrive for legal representation within 72 hours of appointment, against procedure of state. (h) Michelle Reese Jordan provided repeated no legal support at all after appointment as attorney in Custody dispute. (i) Elaine Neitmann, as appointed Counsel in State Case of Trespassing which involved Carl Sykes against myself, continuously misadvises me of my privacy rights to refuse a Competency Test, and misrepresents me as wanting to finish a competency test I have expressed I find abusive, intrusive, a poor metric of morality and competency, and a breach of due process for a speedy jury trial. (j) Pattie Williams advised me that my record would be expunged in October of 2015 with payment as a court-appointed attorney however has not followed-through in the expungement process. Now she is attempting to charge me to have my record expunged. (k) Arie Mate' has provided false representation in Juvenile Court. (l)Allyson Lembeck has filed malicious false claims against me in Juvenile Court and caused damages to reputation and career. She has caused personal loss of time between my son and I. She has multiple times defamed my character in written maliciously propagated falsities about me as a parent and my actions at the time my son was conceived. (m) Mary Leonard Ritter has not acted as a child advocate in custody dispute as Guardian Ad Litem. Debra Sykes placed my son at SIDS risk and she did nothing to ensure his safety. (n) Michael DiOrio endorsed a poor standard of cruel and unusual punishment and committed legal malpractice by not completely apprising me of rights to legal recourse after Arraignment. October 16, 2014. He left out my right to withdraw my plea, and only informed me that I could file a Habeas Corpus lawsuit. Stacy Levy never informed me in court of this right, and subsequently after the Arraignment. All attorneys in court-appointment arrangement committed legal negligence and obstructed my right to 6th Amendment adequate legal representation.

29. Professional Probation Services-Conspiracy and Collusion.

30. Juvenile Court of Gwinnett County Judge Robert Waller, caused an unlawful separation from my son, William Henry Greene. Debra Sykes filed a Protection Order in the Family Violence Court, which was dismissed, and Judge Robert Waller placed an order to restrict me from all communication with my son entirely in court on January 26, 2016, also filing an order restricting me from visitation. I have never been served a motion

before court nor a decision of the court after court. I have no DFCS nor DHS case involving any threat of dangerous activity nor actual dangerous activity with my son. The Court has acted to restrain me from my son to protect the court system of Gwinnett County from legal action of medical malpractice, cruel and unusual punishment, unlawful arrest. Michelle Reese Jordan, then court appointed attorney, did not attend court, and the Judge appointed a Guardian of the State, against my will, who called for a Psychiatric Evaluation against me of sixty days to restrict me from my son. I have had no physical contact with my son since December 8, 2016 and asked for aid and compensation from the state of Georgia, to be granted acknowledgement of my maternal rights, to remove Carl and Debra Sykes as custodians so that my son can live with me and move safely out of state. He retaliated against my criticisms about the manner in which the court has handled the family issues and the malpractice of Gwinnett County Hospital. He also sought to protect the court against legal recourse for ruling for a cause of such circumstances, which caused my son's developmental delays, from the poor nutrition he is receiving from Carl and Debra Sykes, and unnatural, bad conditioning and rearing. He removed all access to see what is happening to my son on video or any other means. He was obviously trying to keep me out of the light, so that I cannot form any basis of ongoing complaint. From observation of every case before me, he judges by continuing cases; placing defendants in continuous evaluations, appointing Guardians, until the defendant's ultimate decease. His rule causes unlawful restrictions from my son.

31. Delta Airlines, based in Atlanta, Georgia has been rerouting my luggage from Boston, Massachusetts to Amsterdam and Akaa, Ghana, with no reason. Baggage claim representatives identified on February 12, 2016 that they will be going through my things in Ghana. I have been unsuccessful by electronic, telephone, and even multiple personal appearances in Boston Logan airport, to reclaim my luggage. February 13th my luggage was confirmed stolen. Delta has identified the route of transportation to Ghana via Amsterdam since February 10, 2016 however although we have had multiple communication in person, by phone, and electronically, the luggage was never stopped from theft in Ghana. Georgia court-appointed Attorney Elaine Neitmann identifies herself as originally from Ghana.

## IV.    Relief

To my knowledge, my son has been developmentally delayed once thus far, due to his developmental environment under the custody of Carl and Debra Sykes. Given the high probability that the Haldol I was force medicated during pregnancy can cause psychiatric problems to my son, I am asking for $10,000,000 in actual damage relief to prevent future psychiatric issues in my son, to be dedicated towards future enrichment education expenses. I am requesting $2,000,000 in actual and punitive/exemplary damages from the Gwinnett County Sheriff and Corizon, $2,000,000 in personal damages from the combined hospitals of the state in combined actual damages, and $1,000,000 from Allyson Lembeck, Attorney of Ellis and Funk from damage to profession and reputation, $1,000,000.00 from Gwinnett and $1,000,000.00 Clayton County from damages to profession and reputation from false convictions, false charges, denial of due process,

exemplary damages, $1,000,000 from Carl and Debra Sykes, from actual damages inflicted by their defamation, collusion and conspiracy, damages to profession and reputation. I had priceless family heirlooms in the luggage stolen with Delta, valued at more than $50,000.00 U.S.

I request all attorneys involved return their fees paid by the state of Georgia to me, and that appropriate fines and penalties be placed against them.

I request an independent FBI investigation outside of the City of Atlanta Field Offices, be conducted into court connections with the abuse I suffered.

Early recall election on the elected Judges and an election to recall Juvenile Court Judges with opponent candidates.

I request a challenge to the Federal Statute, which is granting full faith to the state of Georgia in deciding upon the issue of custody for my son. I ask that my maternal rights be acknowledged and that total custody of my son be granted to me, without visitation rights for Carl and Debra Sykes.

A restructure of the Georgia probation system to tax-based government employee controlled system.

I request the reversal of false Gwinnett County convictions of Disorderly Conduct and misdemeanor Stalking and a dismissal of remaining charges in Clayton and Gwinnett County Georgia.

I request my personal items and my son's items be returned to me as his mother and rightful parent.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/16 , 20 16

Signature of Plaintiff *Lauren Greene*

Printed Name of Plaintiff    Lauren Greene

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

United States District Court for
the District of Columbia

Lauren Greene

    - against

State of Georgia
Army and Peter Dosik et. al.

Motion to Expedite Complaint

I plead with the Court to expedite the
filing and approval of my case, given the
nature of the circumstances and that
I am asking for relief granted in
Custody of My son, granted to me as his
mother. I am the only parent on the
birth Certificate.

RECEIVED

FEB 16 2016

Clerk, U.S. District and
Bankruptcy Courts

Lauren Greene
Lauren Greene, MSEd
2/16/16